AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/16) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON


FILED
JAN 17 2023
RORY PERRY, CLERK
US District Court
Southern District of West Virginia

UNITED STATES OF AMERICA,

v.

TIMOTHY EDWIN PAYNE JR.

**EXHIBIT AND WITNESS LIST**

Case Number: 2:22-cr-00108

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Thomas E. Johnston | Jeremy Wolfe | John Carr |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 1-17-23 | Ayme Cochran | Staci Wilson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-17-23 | | | Brandon Holestine |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of _____ Pages